Marc C Forsythe
Goe Forsythe & Hodges LLP
17701 Cowan
Building D
Suite 210
Irvine, CA 92614
Telephone: 949-798-2460
Facsimile: 949-955-9437
Email: mforsythe@geoforlaw.com

*Attorney for Debtors*

Jonathan P. Hersey (SBN 189240)
Damon M. Pitt (SBN 291473)
K&L Gates LLP
1 Park Plaza
Twelfth Floor
Irvine, CA 92614
Telephone:  (949) 253-0900
Facsimile:   (949) 253 0902
Email: damon.pitt@klgates.com

Daniel M. Eliades (*Admitted Pro Hac Vice*)
K&L GATES LLP
One Newark Center, 10th Floor
Newark, NJ 07102
Telephone: 973.848.4018
Facsimile: 973.848.4001
Email: Daniel.Eliades@klgates.com

*Attorney for Corcoran Group LLC*

FILED & ENTERED

NOV 22 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus  DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Michael Mahon and Pamela Mahon,<br><br>Debtors. | Case No. 8:23-bk-11395-TA<br><br>Chapter No. 7<br><br>**ORDER APPROVING STIPULATION BY AND AMONG THE DEBTORS AND CORCORAN GROUP LLC**<br><br>**[NO HEARING REQUIRED]** |

The Court, having read and reviewed the Stipulation by and among by and among Corcoran

Group, LLC ("Corcoran") and Michael Mahon and Pamela Mahon ("Debtors") to resolve claims

317066490.1

by and between Corcoran and Debtors (the "Stipulation") filed on November 17, 2023 as Docket No. 67, finding no objection to the Stipulation, and good cause having been shown,

**IT IS ORDERED** that the Stipulation is approved.

# # #

Date: November 22, 2023

Theodor C. Albert
United States Bankruptcy Judge

317066490.1