Jonathan P. Hersey (SBN 189240)
Damon M. Pitt (SBN 291473)
K&L Gates LLP
1 Park Plaza
Twelfth Floor
Irvine, CA 92614
Telephone: (949) 253-0900
Facsimile: (949) 253-0902
Email: Damon.pitt@klgates.com

Daniel M. Eliades (*Pro Hac Vice Pending*)
K&L Gates LLP
One Newark Center, 10th Floor
Newark, NJ 07102
Telephone: 973.848.4018
Facsimile: 973.848.4001
Email: Daniel.Eliades@klgates.com

*Attorney for Corcoran Group LLC*

**FILED & ENTERED**

**JAN 03 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus  DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

| | |
|---|---|
| In re: | Case No. 8:23-bk-11395-TA |
| Michael Mahon and Pamela Mahon, | Chapter No. 7 |
| Debtors. | **ORDER APPROVING STIPULATION BY AND AMONG THE CHAPTER 7 TRUSTEE AND CORCORAN GROUP LLC TO ABANDON CERTAIN CLAIMS PURSUANT TO 11 U.S.C. § 554** |

The Court having read and reviewed the Stipulation by and among Richard A. Marshack, the Chapter 7 Trustee in the above captioned bankruptcy case (the "Trustee"), and Corcoran Group, LLC for abandonment of certain claims pursuant to 11 U.S.C. § 554 ("Stipulation") filed on December 26, 2023, and finding no objection thereto, and good cause having been shown,

**IT IS ORDERED** that the Stipulation is approved.

317271028.1

ORDER APPROVING STIPULATION TO
EXTEND THE DEADLINE TO OBJECT TO
THE DEBTOR'S DISCHARGE
8:23-BK-11395-TA

**IT IS FURTHER ORDERED** that all counterclaims and claims of any nature on behalf of Michael Mahon, Pamela Mahon, and MRM Investments LLC against Corcoran Group LLC in the litigation captioned *ELI Realty Investments, LLC, et al. v. Corcoran Group LLC, et al.,* which is pending in the United States District Court for the Central District of California under Case No.: 8:22-CV- 01195-JWH-ADS, are hereby abandoned by the Trustee pursuant to 11 U.S.C. § 554.

###

Date: January 3, 2024

Theodor C. Albert
United States Bankruptcy Judge

317271028.1

- 2 -

ORDER APPROVING STIPULATION BY
AND AMONG THE CHAPTER 7 TRUSTEE
AND CORCORAN GROUP LLC TO
ABANDON CERTAIN CLAIMS
8:23-BK-11395-TA